THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Altonio Marquez
 Chambers, Appellant.
 
 
 

Appeal from York County
  Lee S. Alford, Circuit Court Judge
Unpublished Opinion No. 2009-UP-186
Submitted April 1, 2009  Filed May 4,
 2009
APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.
 Deputy Director for Legal Services J. Benjamin Aplin, for
 Respondent.
 
 
 

PER CURIAM: 
 Altonio Marquez Chambers appeals his probation revocation, arguing the trial
 court erred in revoking his probation in full when he has no prior probation
 violations.  After a thorough review of
 the record and counsel's brief pursuant to Anders v. California, 386
 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss[1] the appeal and grant counsel's motion to be relieved. 
APPEAL
 DISMISSED.
SHORT,
 THOMAS, and GEATHERS, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.